JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
John Tyler Koch ;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
Jordan Louise Mazur ;
**County of Residence:** Boone County

Additional Defendants(s):
Corinne Piotter ;
Gary Gerard Zangre ;
Jaclyn Callan Koch ;
Marilou Callan Zangre ;
Douglas Callan Zangre ;
Cynthia Callan Crosby ;
Melissa Pickett ;

**County Where Claim For Relief Arose:** Boone County

**Plaintiff's Attorney(s):**

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  Plaintiff: N/A
  Defendant: N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** 18 U.S.C. § 1001(False Statements- Concealment); 18 U.S.C. 1343 (Wire Fraud); 18 USCS § 1512(b) (Knowing use of Intimidation, threats, or corrupt persuasion); 42 U.S.C. § 1983 (Deprivation of Civil Rights); 42 U.S.C. § 1985 (Conspiracy to Interfere with Civil Rights); 42 USC § 1986 (Neglect to Prevent Conspiracy); 42 U.S. Code § 2000a (Discrimination or segregation in places of public accommodation) 42 U.S. Code § 2000a–2 (Prohibition against deprivation of, interference with, and punishment for exercising rights and privileges) U.S. Constitution Article IV, §2, Privileges and Immunities; U. S. Constitution Amendment I, U.S. Constitution Amendment IX; U.S. Constitution Amendment XIV §1, Cl. 2; U.S. Constitution Amendment XIV §1, Cl. 3; U.S. Constitution Amendment XIV §1, Cl. 4; Texas Constitution Art. I, §19, Deprivation of privileges or immunities without due course of the law of the land. Civil Conspiracy- Missouri Common Law Civil Conspiracy- Texas Common Law Knowing Participation- Texas Common Law

**Requested in Complaint**
  Class Action: Not filed as a Class Action
  Monetary Demand (in Thousands): 4,000
  Jury Demand: Yes
  Related Cases: Is NOT a refiling of a previously dismissed action

**Signature:** John Tyler Koch

**Date:** 5/19/2020

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.