U.S. POSTAGE $11.30
PRFL Orig: 77450
05/19/20
2000051602
0006
R2305H112825q

CPU

PRIORITY MAIL

FROM:
Koch
243b maw mast Ct.
Katy, TX 77494

TO: Christopher S. Bond Courthouse
80 Lafayette St.
Jefferson City, MO 65101

USPS CERTIFIED MAIL
7019 2970 0001 6133 0108